IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, as subrogee of Paul Reed Construction & Supply,<br><br>Plaintiff,<br><br>vs.<br><br>METSO MINERALS INDUSTRIES, INC., a Delaware corporation,<br><br>Defendants. | 4:15-CV-3053<br><br><br><br>JUDGMENT |

Upon the parties' stipulation for dismissal with prejudice (filing 15), this matter is dismissed with prejudice, each party to pay its own costs, complete record waived.

Dated this 29th day of December, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge